IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Thomas, Latonya

Printed: 10/7/08

Case Number: 08 B 03082
Judge: Hollis, Pamela S
Filed: 2/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 21, 2008
Confirmed: April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 414.92 |  |
| Secured: |  | 190.13 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 198.40 |
| Trustee Fee: |  | 26.39 |
| Other Funds: |  | 0.00 |
| Totals: | 414.92 | 414.92 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,829.00 | 198.40 |
| 2. | One Stop Auto | Secured | 2,128.84 | 190.13 |
| 3. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 4. | Sallie Mae | Unsecured | 102.49 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 54.18 | 0.00 |
| 6. | Sallie Mae | Unsecured | 116.60 | 0.00 |
| 7. | Sallie Mae | Unsecured | 49.08 | 0.00 |
| 8. | Sallie Mae | Unsecured | 179.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 261.60 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 421.10 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 168.00 | 0.00 |
| 12. | First Consumers National Bank | Unsecured | 84.85 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 101.80 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 397.45 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 257.08 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 50.22 | 0.00 |
| 17. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 18. | CB USA | Unsecured |  | No Claim Filed |
| 19. | Allied Interstate | Unsecured |  | No Claim Filed |
| 20. | Allied Interstate | Unsecured |  | No Claim Filed |
| 21. | CBCS | Unsecured |  | No Claim Filed |
| 22. | Cbe Group | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | CBCS | Unsecured |  | No Claim Filed |
| 25. | Creditors Protection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thomas, Latonya | Case Number: 08 B 03082 |
|---|---|---|
|  |  | Judge: Hollis, Pamela S |
|  | Printed: 10/7/08 | Filed: 2/12/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 27. | Credit Management Service | Unsecured | | No Claim Filed |
| 28. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Credit Management Service | Unsecured | | No Claim Filed |
| 31. | I C Systems Inc | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 8,226.29 | $ 388.53 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 2.85 |
| 6.5% | 23.54 |
|  | _____ |
|  | $ 26.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

