IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thomas, Latonya | Case Number: 08 B 03082 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 2/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 669.68 | |
| Secured: | | 190.13 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 436.35 |
| Trustee Fee: | | 43.20 |
| Other Funds: | | 0.00 |
| Totals: | 669.68 | 669.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,829.00 | 436.35 |
| 2. | One Stop Auto | Secured | 2,210.48 | 190.13 |
| 3. | Commonwealth Edison | Unsecured | 261.60 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 257.08 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 54.18 | 0.00 |
| 6. | Sallie Mae | Unsecured | 116.60 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 8. | Sallie Mae | Unsecured | 102.49 | 0.00 |
| 9. | Sallie Mae | Unsecured | 49.08 | 0.00 |
| 10. | First Consumers National Bank | Unsecured | 84.85 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 421.10 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 168.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 101.80 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 397.45 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 50.22 | 0.00 |
| 16. | Sallie Mae | Unsecured | 179.00 | 0.00 |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | CBCS | Unsecured | | No Claim Filed |
| 19. | Credit Management Service | Unsecured | | No Claim Filed |
| 20. | CB USA | Unsecured | | No Claim Filed |
| 21. | Collection Company Of America | Unsecured | | No Claim Filed |
| 22. | Cbe Group | Unsecured | | No Claim Filed |
| 23. | CBCS | Unsecured | | No Claim Filed |
| 24. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 25. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 26. | Allied Interstate | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Thomas, Latonya | Case Number: 08 B 03082 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 2/12/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | I C Systems Inc | Unsecured | | No Claim Filed |
| 28. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | I C Systems Inc | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Credit Management Service | Unsecured | | No Claim Filed |
| | | | $ 8,307.93 | $ 626.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 2.85 |
| 6.5% | 23.54 |
| 6.6% | 16.81 |
| | $ 43.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

